UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

--------------------------------------------------------------   X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION**

:   **3:09-md-02100-DRH-PMF**

:   **MDL No. 2100**

--------------------------------------------------------------
**This Document Relates to:**

:   **Judge David R. Herndon**

*Pamela Hamilton v. Bayer Corp., et al.*
(3:09-cv-20051-DRH-PMF)

*Claire Keultjes v. Bayer Corp., et al.*
 (3:09-cv-20012-DRH-PMF)

*Marlene Meadows v. Bayer Corp., et al.*
(3:09-cv-20009-DRH-PMF)

*Valerie Kozak v. Bayer Corp., et al.*
(3:09-cv-20024-DRH-PMF)

*April Dymacek v. Bayer Corp., et al.*
(3:09-cv-20047-DRH-PMF)

*Susan Hargrave v. Bayer Corp., et al.*
(3:09-cv-20074-DRH-PMF)

*Rhonda Bagley v. Bayer Corp., et al.*
(3:09-cv-20121-DRH-PMF)

*Anne Marie Eakins v. Bayer Corp., et al.*
(3:09-cv-20010-DRH-PMF)

*Lauren Murphy v. Bayer Corp., et al.*
(3:09-cv-20011-DRH-PMF)

*Marie Becker v. Bayer Corp., et al.*
(3:09-cv-20032-DRH-PMF)

*Alyssa Stellmaker v. Bayer Corp., et al.*
(3:09-cv-20056-DRH-PMF)

*Alaina Klarquist v. Bayer Corp., et al.* :
(3:09-cv-20056-DRH-PMF)

*Kimberly Kirk v. Bayer Corp., et al.*
(3:09-cv-20061-DRH-PMF)

*Wendy Gute v. Bayer Corp., et al.*
(3:09-cv-20064-DRH-PMF)

*Amy Clay v. Bayer Corp., et al.*
(3:09-cv-20073-DRH-PMF)

*Jennifer Engholm v. Bayer Corp., et al.*
(3:09-cv-20080-DRH-PMF)

*Lindsey Schacherl v. Bayer Corp., et al.* :
(3:09-cv-20093-DRH-PMF)

*Adrianna Cornell Pinto v. Bayer Corp., et al.*
(3:09-cv-20094-DRH-PMF)

*Raunda Smith v. Bayer Corp., et al.*
(3:09-cv-20095-DRH-PMF)

*Sarah Mansour v. Bayer Corp., et al.* :
(3:09-cv-20143-DRH-PMF)

*Kelly Haynam v. Bayer Corp., et al.*
(3:09-cv-20167-DRH-PMF)

*Marie Stephenson v. Bayer Corp., et al.*
(3:09-cv-20168-DRH-PMF)

*Cynthia Hale v. Bayer Corp., et al.* :
(3:09-cv-20021-DRH-PMF)
--------------------------------------------------------------------

_____

This matter is before the Court on Plaintiffs' unopposed motions for leave to amend their complaints to add Bayer Schering Pharma AG as a named defendant. Upon consideration of Plaintiffs' motions the Court finds as follows:

Plaintiffs' motions for leave to amend for the purpose of adding Bayer Schering Pharma AG as a named defendant are **GRANTED.** Further, as requested, the Court will allow Plaintiffs 14 days from the granting of this motion to amend their complaints in accordance with the method set forth in Case Management Order # 17.

**SO ORDERED:**

/s/     *David R Herndon*
Chief Judge
United States District Court                    DATE:  August 27, 2010